IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM THOMAS BEANE,  )<br>ID # 1362674,                         )<br>            Petitioner,              )<br>vs.                                       )<br>                                            )<br>NATHANIEL QUARTERMAN, Director, )<br>Texas Department of Criminal   )<br>Justice, Correctional Institutions Division, )<br>            Respondent.          ) | No. 3:09-CV-0940-O |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Doc. # 5) and the objections thereto (Doc. # 6), in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, the Court **DENIES** petitioner's request for stay and abeyance (doc. 2). By separate judgment, the Court will formally deny petitioner's federal petition for writ of habeas corpus consistent with the Findings, Conclusions, and Recommendation entered in this case.

**SO ORDERED** this 27th day of July, 2009.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**